# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>ALEJANDRO ORTEGA-JAIME,<br>    aka ENRIQUE GARCIA-RODRIGUEZ,<br>    aka ORLANDO HERNANDEZ,<br><br>        Defendant. | Case No.: 2:20-mj-<br><br>[Proposed] Order on Stipulation to Extend Deadlines to Conduct Preliminary Hearing and File Indictment |

FILED / ENTERED / RECEIVED / SERVED ON COUNSEL/PARTIES OF RECORD

MAY - 7 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
                                    DEPUTY

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled on 05/21/2020 at the hour of 4:00 p.m., be vacated and continued to 08/19/2020 at the hour of 4:00pm.

DATED this 7th day of May, 2020.

_____
HONORABLE ELAYNA YOUCHAH
UNITED STATES MAGISTRATE JUDGE

5